Gregory P. Goonan (Cal Bar # 119821)
**THE AFFINITY LAW GROUP®**
5755 Oberlin Drive, Suite 200
San Diego, CA 92121
Telephone: (858) 412-4296
Facsimile: (619) 243-0088
Email: ggoonan@affinity-law.com

Attorneys for Plaintiff
Jason Andrew

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON ANDREW, an individual, | ) CASE NO.  3:18-cv-5415-CRB |
| Plaintiff, | ) |
| vs. | ) **APPLICATION AND [PROPOSED]** |
| | ) **ORDER TO ALLOW FOR TELEPHONIC** |
| BERKELEYSIDE, INC., a California | ) **APPEARANCE BY PLAINTIFF'S** |
| corporation, | ) **COUNSEL AT MARCH 29, 2019 CASE** |
| | ) **MANAGEMENT CONFERENCE** |
| Defendant. | ) |
| | ) |
| | ) |
| | ) |
| | ) |

Pursuant to the Court's "Notice Re Telephonic Appearance Procedures For District Judge Charles R. Breyer Effective January 1, 2017 (the "Telephonic Appearance Procedures"), plaintiff Jason Andrew ("Plaintiff"), by and through his undersigned attorneys of record, submits this Application to request that the Court enter an order allowing Plaintiff's counsel to participate by telephone in the Case Management Conference scheduled in this matter for March 29, 2019 at 8:30 am.  Plaintiff submits that there is good cause for such order because allowing Plaintiff's counsel, who is based in San Diego, to participate by telephone in the March 29 Case Management

**THE AFFINITY LAW GROUP®**
5755 Oberlin Drive, Suite 200
San Diego, CA  92121
(858) 412-4296

Conference will conserve party resources.

Defendant's counsel has advised Plaintiff's counsel that they do not oppose a telephone appearance by Plaintiff's counsel.  Plaintiff's counsel will comply in full with the Telephonic Appearance Procedures.

DATED: March 25, 2019                    THE AFFINITY LAW GROUP


By:  /s/ Gregory P. Goonan
         Gregory P. Goonan
         Attorneys for Plaintiff
         Jason Andrew

**THE AFFINITY LAW GROUP®**
**5755 Oberlin Drive, Suite 200**
**San Diego, CA  92121**
**(858) 412-4296**

**APPLICATION AND [PROPOSED] ORDER TO ALLOW FOR TELEPHONIC APPEARANCE BY PLAINTIFF'S COUNSEL AT MARCH 29, 2019 CASE MANAGEMENT CONFERENCE**

## [PROPOSED] ORDER

The Court, having considered the foregoing Application, and good cause appearing, hereby grants Plaintiff's counsel leave to participate by telephone in the March 29, 2019 Case Management Conference.

**IT IS SO ORDERED.**

Dated:  March __, 2019

_____
Hon. Charles R. Breyer
United States District Judge

THE AFFINITY LAW GROUP®
5755 Oberlin Drive, Suite 200
San Diego, CA  92121
(858) 412-4296