Gregory P. Goonan (Cal Bar # 119821)
**THE AFFINITY LAW GROUP®**
5755 Oberlin Drive, Suite 200
San Diego, CA 92121
Telephone: (858) 412-4296
Facsimile: (619) 243-0088
Email: ggoonan@affinity-law.com

Attorneys for Plaintiff
Jason Andrew

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON ANDREW, an individual, | CASE NO. 3:18-cv-5415-CRB |
| Plaintiff, | **STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |
| vs. | |
| BERKELEYSIDE, INC., a California corporation, | **[FRCP 41(a)(1)(A)(ii)]** |
| Defendant. | |

TO THE COURT, THE PARTIES HERETO AND THEIR ATTORNEYS OF RECORD:

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys of record, that a settlement of this matter has been reached between plaintiff Jason Andrew and defendant Berkeleyside, Inc., and that this case therefore should be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each side will bear its own costs and attorneys' fees.

IT IS SO STIPULATED.

DATED: June 20, 2019					THE AFFINITY LAW GROUP

						By:  /s/ Gregory P. Goonan
						       Gregory P. Goonan
						       Attorneys for Plaintiff
						       Jason Andrew

DATED: June 20, 2019					ORRICK, HERRINGTON & SUTCLIFFE LLP

						By:  /s/ Robert L. Uriarte
						       Jacob M. Heath
						       Robert L. Uriarte
						       Attorneys for Defendant
						       Berkeleyside, Inc.

**STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**

2